# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/27/2012                                                              Case Number 6:12-cv-04355
Case Style: Doe vs. Wood County Board of Education
Type of hearing Preliminary Injunction Hearing
Before the honorable: 2513-Goodwin
Court Reporter Teresa Harvey                                                 Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Amy Lynn Katz, Marissa P. Harris, Sarah Rogers, Christina Brandt-Young, Roxann E. Henry

Attorney(s) for the Defendant(s) Robert Kent and Aaron Boone


Law Clerk Yen-Shyang Tseng                                                   Probation Officer

## Trial Time

Preliminary Injunction. Day No: 1

## Non-Trial Time


## Court Time

7:00 pm    to 7:30 pm
1:35 pm    to 2:55 pm
3:05 pm    to 4:30 pm
4:45 pm    to 7:00 pm
Total Court Time: 5 Hours 30 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled start time 1:30 p.m.
Actual start time 1:35 p.m.

PRELIMINARY INJUNCTION HEARING
Counsel for parties present
Counsel for Donna Mills, James Haviland is present
MOTION by Anne Doe, Beth Doe, Carol Doe, Jane Doe for a Temporary Restraining Order and Preliminary Injunction [Docket 4]
Argument by Pltf re:  voluntariness
Pltfs Exhibit 1(marked & admitted)
Pltfs Exhibit 2(marked & admitted)
Pltfs Witness 1:  Mary Cross
Direct by Pltfs
Cross by Defts
Redirect by Pltfs
Pltfs Exhibit 3(marked & admitted)
Recross by Defts
End time 2:55 p.m.

Start time 3:05 p.m.
Pltfs Witness 2:  Donna Mills
Direct by Pltfs
Cross by Defts
Redirect by Pltfs
Recross by Defts

# District Judge Daybook Entry

Pltfs Witness 3:  Diane Halpern
Direct by Pltfs
Pltfs Witness 4:  Carrie Cross
Direct by Pltfs
Cross by Defts
Redirect by Pltfs
Argument by Deft re:  voluntariness
Deft Witness 1:  Stephen  Taylor
Direct by Defts
Defts Exhibit 9 (marked & admitted)
Defts Exhibit 10 (marked & admitted)
Defts Exhibit 11 (marked & admitted)
Defts Exhibit 6 (marked & admitted)
Cross by Defts
Pltfs Exhibit 4 (marked & admitted)
Pltfs Exhibit 5 (marked) duplicate exhibit
Pltfs Exhibit 6 (marked & admitted)
Pltfs Exhibit 7 (marked & admitted)
Redirect by Defts
Deft Witness 2:  Cindy Wade
Direct by Defts
Defts Exhibit 43 (marked & admitted)
Cross by Pltfs
End time 4:30 p.m.

Start time 4:45 p.m.
Pltfs Witness 5: Tiffany Edwards
Direct by Pltfs
Pltfs Witness 1:  Mary Cross
Returns to the witness stand
Direct by Pltfs
Cross by Defts
Defts Exhibit 46 (marked & admitted)
Pltfs Witness 3:  Diane Halpern
Returns to the witness stand
Direct by Pltfs
Pltfs Exhibit 8 (marked)
Pltfs Exhibit 9 (marked)
Pltfs Exhibit 10 (marked)
Pltfs Exhibit 11 (marked)
Pltfs Exhibit 12 (marked)
Pltfs Exhibit 13 (marked)
Pltfs Exhibit 14 (marked)
Pltfs Exhibit 15 (marked)
Cross by Defts
Redirect by Pltfs
Deft Witness 3:  Merideth Hahn
Direct by Defts
Cross by Pltfs
Pltfs Exhibit 16 (marked & admitted)
Redirect by Defts
Deft Witness 4:  Rosemary Salomone
Motion in limine by Pltfs; under advisement
Direct by Defts
Cross by Pltfs
Opinion will be rendered by 5:00 p.m. on Wednesday, August 29, 2012
Any submissions to the court must be made by 2:00 p.m. on Tuesday, August 28, 2012.
End time 7:00 p.m.

## District Judge Daybook Entry

Start time 7:00 p.m.
Proffer by Pltfs
Pltfs offer document to vouch the record
Proffer by Defts
Defts offer document to vouch the record
Proffer of record concluded
End time 7:30 p.m.