IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JANE DOE, individually and as
next friend to her minor daughters,
ANNE DOE, BETH DOE and
CAROL DOE,

       Plaintiffs,

vs.                                                             CASE NO. 6:12-cv-04355
                                                              JUDGE GOODWIN

WOOD COUNTY BOARD OF EDUCATION,

       Defendant.

### DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR REDACTION OF PERSONAL IDENTIFIERS

       Plaintiffs have filed a Request for Redaction of Personal Identifiers (Doc 67) regarding the transcript from the August 27, 2012, hearing in this matter. This issue is clearly within the discretion of the Court. However, Defendant does note that the Court made it clear at the evidentiary hearing that the hearing was open to the public, and the lawyers and witnesses were to use the names of the mother and minors, rather than the Doe designations.

                                                                           */s/ Aaron C. Boone*
                                                                          Robert J. Kent (5010)
                                                                          Aaron C. Boone (9479),
                                                                          Counsel for Defendant
                                                                          Bowles Rice LLP
                                                                          Fifth Floor, United Square
                                                                          501 Avery Street, Post Office Box 49
                                                                          Parkersburg, West Virginia  26102
                                                                          (304) 420-5504
                                                                          rkent@bowlesrice.com
                                                                          aboone@bowlesrice.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JANE DOE, individually and as
next friend to her minor daughters,
ANNE DOE, BETH DOE and
CAROL DOE,

        Plaintiffs,

vs.                                            CASE NO. 6:12-cv-04355
                                                      JUDGE GOODWIN

WOOD COUNTY BOARD OF EDUCATION,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Christina Brandt-Young, Esquire
Amy Lynn Katz, Esquire
Lenora M. Lapidus, Esquire
Marissa P. Harris, Esquire
Joshua A. Hartman, Esquire
Roxann E. Henry, Esquire
Sarah Rogers, Esquire

and by depositing the same in the United States Mail, postage prepaid, addressed to:

Galen Sherwin, Esquire
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Women's Rights Project
18th Floor
125 Broad Street
New York, NY  10004

                                                                       /s/ Aaron C. Boone

4864633.1